C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO:   PHIFER WIRE
      P O BOX 1700
      ATTN PAYROLL DEPT
      TUSCALOOSA, AL 35403-

Date:  10/28/2008

Chapter 13 Case Number:  03-73307-CMS13

Debtor:  TEKELA DONTAE MCCOY

Debtor's Social Security Number:  ###-##-2471

Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently directed to do so.

Thank you for your cooperation.

                          Very truly yours,

                          /s/ C. David Cottingham
                          C. David Cottingham
                          Standing Chapter 13 Trustee

CDC/pt

cc:   TEKELA DONTAE MCCOY
      Employer
      Attorney:  JOHN STAHL
      Clerk, U.S. Bankruptcy Court